UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-5148 PAM/FLN

| | | |
|---|---|---|
| KATHERINE V. STEIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal, and all the files, records, and proceedings in this matter, it is hereby

**ORDERED** that this case is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 24, 2009

                                            s/Paul A. Magnuson
                                            PAUL A. MAGNUSON
                                            United States District Court Judge